No. 430. REED v. REED, ADMINISTRATOR. Appeal from Sup. Ct. Idaho. Probable jurisdiction noted. [For earlier order herein, see 400 U. S. 816.]

No. 769. ELLINGTON, GOVERNOR OF TENNESSEE, ET AL. v. BLUMSTEIN. Appeal from D. C. M. D. Tenn. Probable jurisdiction noted.

No. 804. EISENSTADT, SHERIFF v. BAIRD. Appeal from C. A. 1st Cir. Probable jurisdiction noted.

No. 1042. DIFFENDERFER ET AL. v. CENTRAL BAPTIST CHURCH OF MIAMI, FLORIDA, INC., ET AL. Appeal from D. C. S. D. Fla. Probable jurisdiction noted.

No. 810. UNITED STATES v. MARION ET AL. Appeal from D. C. D. C. Further consideration of question of jurisdiction postponed to hearing of case on the merits.